Jerry HUGGINS, Plaintiff–Appellant,

v.

Roy W. CHERRY, Superintendent; Captain Hatchett, Chief of Security; Mary Tarnowski, Director of Nursing Services, Defendants–Appellees.

No. 01–7243.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 16, 2001.

Jerry Huggins, pro se.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Jerry Huggins appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Huggins v. Cherry,* No. CA–01–759–A

(E.D.Va. July 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*